O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAE SUN LEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEH C. JOHNSON, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 16-0363-JAK (KES)<br><br>ORDER DISMISSING SECOND AMENDED PETITION AS MOOT |

　　　On February 29, 2016, Petitioner Tae Sun Lee ("Petitioner") filed a Petition for Writ of Habeas Corpus by Person in Federal Custody under 28 U.S.C. § 2241. (Dkt. 1.) At the time, he was in Immigration and Customs Enforcement ("ICE") custody in Adelanto, California. (Id.)

　　　This Court appointed counsel to represent Petitioner. (Dkt. 26.) In May 2016, Petitioner filed his Second Amended Petition ("SAP") alleging that he had been detained more than six months with no foreseeable date set for his removal to the Republic of Korea. (Dkt. 27.)

　　　On August 19, 2016, Respondents filed a notice that the SAP was rendered moot by Petitioner's removal to South Korea. (Dkt. 33.) On September 1, 2016, counsel for Petitioner filed a notice of non-opposition

confirming that the removal order had been executed and concurring with the request that the SAP be dismissed as moot.

For these reasons, **IT IS ORDERED** that Judgment be entered dismissing the SAP without prejudice as moot.

Dated: September 6, 2016

_____
JOHN A. KRONSTADT
United States District Judge

Presented by:

_____
KAREN E. SCOTT
United States Magistrate Judge

2